# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00252-RJC-DSC

| | |
|---|---|
| RICHARD HIXSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| MARIO HERNANDEZ, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Request for Electronic Notification," Doc. 24, filed on August 15, 2016 requesting the Court allow him to receive e-mail notification of filings in this matter at his email address, rhixson3@carolina.rr.com.

Pursuant to this Court's "Administrative Procedures Governing Filing and Service by Electronic Means" section II, subsection D, the Clerk is directed to add Plaintiff's email address, rhixson3@carolina.rr.com, for him to receive notice via e-mail whenever a pleading or other document is filed electronically.

The Clerk is directed to send copies of this Order to the pro se Plaintiff via e-mail; to defense counsel; and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: August 22, 2016

David S. Cayer
United States Magistrate Judge