# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00252-RJC-DSC

| | |
|---|---|
| **RICHARD HIXSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MARIO HERNANDEZ, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for John F. Ward, Jr. and Marina Jenkins]" (documents # 27-28).

For the reasons set forth therein, the "Application for Admission to Practice Pro Hac Vice [for John F. Ward, Jr.]" (document # 27) will be granted.

The "Application for Admission to Practice Pro Hac Vice [for Marina Jenkins]" (document # 28) does not list Ms. Jenkins' bar memberships. Accordingly, that Application is denied without prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: August 24, 2016

David S. Cayer
United States Magistrate Judge