**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-00252-RJC-DSC**

| | | |
|---|---|---|
| **RICHARD HIXSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **MARIO HERNANDEZ, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on Janet Hixson's "Notice and Motion of Joinder" (document #47) seeking to join this lawsuit as a Plaintiff.

Hixson asserts that she is required to be joined under Fed. R. Civ. P. Rule 19(a)(1)(B). Defendants have filed notice that they will not be responding to the Motion ( Document #48). The Court also notes that Plaintiff may join permissively under Fed. R. Civ. P. 20(a)(1). Accordingly, the Motion is <u>granted</u>.

The Clerk is directed to add Janet Hixson as a Plaintiff in this matter.

The Clerk is directed to send copies of this Order to the <u>pro se</u> Plaintiffs; to defense counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: October 25, 2016

David S. Cayer
United States Magistrate Judge